

# NUMBER 13-20-00030-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **ADOLFO GARCIA YBARRA JR.,** | **Appellant,** |
| **v.** | |
| **WARDEN STRONG, ET AL.,** | **Appellees.** |

On appeal from the 278th District Court
of Walker County, Texas.

# ORDER OF ABATEMENT

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

On October 5, 2020, the Clerk of the Court notified appellant that his brief in this cause was past due. On December 2, 2020, the Court received correspondence from appellant indicating he has not received communication from his court-appointed counsel.

Accordingly, we now ABATE this appeal and REMAND the cause to the trial court for further proceedings, pursuant to Rule 38.8(a)(2) of the Texas Rules of Appellate

Procedure. Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) why appellant's counsel has failed to file a brief and whether counsel has effectively abandoned the appeal; (2) whether appellant has been denied effective assistance of counsel; (3) whether appellant's counsel should be removed; and (4) whether appellant remains indigent and entitled to court appointed counsel.

If the trial court determines that appellant does want to continue the appeal, that present counsel should be removed, and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, email address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Delivered and filed this the
14th day of December.